

Search for Cases by: Select Search Method...

Judicial Links    |    eFiling    |    Help    |    Contact Us    |    Print      GrantedPublicAccess  Logoff JESSICALISS

**21SL-CC04643 - MARIE GREEN V BLUE CIRCLE REHAB & NURSING (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution |

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending  ○ Ascending

Display Options: All Entries

---

**11/23/2021**  ☐ **Corporation Served**
Document ID - 21-SMCC-10305; Served To - BLUE CIRCLE REHAB & NURSING; Server - CT CORP; Served Date - 23-NOV-21; Served Time - 00:00:00; Service Type - Territory 30; Reason Description - Served; Service Text - LC

**11/16/2021**  ☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-10305, for BLUE CIRCLE REHAB & NURSING. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**10/06/2021**  ☐ **Memorandum Filed**
Memo to the Court.
    **Filed By:** ANDREW DENNIS SANDRONI
    **On Behalf Of:** MARIE GREEN

**10/01/2021**  ☐ **Judge/Clerk - Note**
NO SUMMONS ISSUED DUE TO MISSING SERVICE FEES OR SPECIAL PROCESS SERVER FORM. SERVICE FEE = $36.00 PER DEFENDANT WITH A ST. LOUIS COUNTY ADDRESS. PLEASE E-FILE A SERVICE MEMO WITH THE MISSING SERVICE FEES ATTACHED. -NO SUMMONS ISSUED

☐ **Filing Info Sheet eFiling**
    **Filed By:** ANDREW DENNIS SANDRONI

☐ **Confidential Address Filed**
Confidential Case Filing Sheet.
    **Filed By:** ANDREW DENNIS SANDRONI
    **On Behalf Of:** MARIE GREEN

☐ **Pet Filed in Circuit Ct**
Complaint for Race-based Employment Discrimination; Green notice of rights.
    **Filed By:** ANDREW DENNIS SANDRONI

☐ **Judge Assigned**

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

Marie Green )
 )
              Plaintiff, )
v. )
Blue Circle Rehab & Nursing )
 )   Cause No.
              Defendant. )

**Serve Registered Agent at:**

**Vcorp Agent Services, Inc.
120 S. Central Ave.
Clayton, MO  63105**

## COMPLAINT FOR RACE-BASED EMPLOYMENT DISCRIMINATION

Plaintiff, Marie Green by and through her attorneys, alleges the following against Defendant, Blue Circle Rehab and Nursing:

1. This action is brought pursuant to Missouri Revised Statute Sec. 213.010 *et. Seq.* and Title VII of the Civil Rights Act of 1964, amended (42 U.S.C. §2000x, *et seq.*).  The Americans with Disabilities Act of 1990 as amended and the Age Discrimination in employment Act of 1967 as amended.  The jurisdiction of this Court is invoked to secure protection of and redress deprivation of rights guaranteed by state law, which rights provide for injunctive and other relief for illegal discrimination in employment.
2. Plaintiff is an adult African American female and a citizen of the United States, over the age of fifty and with a recognized disability who during all relevant times mentioned herein resided in St. Louis County.
3. Defendant is an employer in the City of St. Louis, State of Missouri and at the time that the alleged acts of discrimination occurred.  Defendant is, and at all times relevant to these pleadings an employer within the State of Missouri, and can be found in St. Louis County and is within this Court's jurisdiction pursuant to Missouri Revised Statute Sec. 213.010 *et.seq*. and Title VII of the Civil Rights Act of 1964, amended (42 U.S.C.

1

Electronically Filed - St Louis County - October 01, 2021 - 10:13 AM

§2000x, *et seq*.) engaging in an industry affecting commerce and employed more than twenty (20) regular employees.

4. Plaintiff was employed by Defendant and had been since May 2020. At all times relevant hereto, Plaintiff's job performance was more than satisfactory.

5. Plaintiff has a very recognized disability in that she is missing her right arm, as a result of an automobile accident in 1998.

6. Defendant engaged in policies and practices which willfully, intentionally and unlawfully harassed Plaintiff due to her disability. These practices and policies included but are not limited to:

    A) Caused Plaintiff to work multiple consecutive 15-hour days causing the skin of her stump to blister.

    B) Refusing to allow Plaintiff a day to let the skin recover.

    C) Terminated Plaintiff for her inability to work a third consecutive day.

    D) Plaintiff's age of 70 years at the time caused her to need additional days for the skin of her stump to recover. Until her skin recovered, she could not wear her prostatic and could not function as a nurse without it.

    E) Plaintiff was terminated for not reporting to work for another 15-hour shift with less than 12 hours rest.

7. Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs alleged herein and this action for a permanent injunction and other relief is her only means of securing adequate relief. Plaintiff is suffering and will continue to suffer irreparable injury as a result of the acts of Defendant.

8. As a result of Defendant's conduct as above mentioned, Plaintiff has suffered lost income, lost fringe benefits including health care and lost seniority and emotional distress and has incurred expenses in pursuing this matter.

9. Plaintiff has filed a timely charge of discrimination with the Missouri Commission of Human Rights and the EEOC, and has met all administrative prerequisites for bring of this action, see **Dismissal and Notice of Rights** letter from the EEOC dated 07/15/2021 attached.

WHEREFORE, Plaintiff requests that this Honorable Court advance this case on the docket, order a hearing at the earliest practical date, and upon such hearing;

(A) Issue an order awarding Plaintiffs lost pay, pre-judgment interest, fringe benefits, and any other appropriate relief necessary to make Plaintiff whole and compensate her for the civil rights violations described above;

(B) Award Plaintiff front pay, back pay, fringe benefits, and other compensation; and

(C) Award Plaintiff the costs of this action, including reasonable attorney's fees, and such other legal and equitable relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED BY

O'GORMAN & SANDRONI PC

By: /s/Andrew D. Sandroni

Andrew D. Sandroni   #4256
Attorney for Plaintiff
3350 Greenwood Blvd.
Maplewood, MO 63143
314-645-5900
andrew@commonsenselaw.net

Electronically Filed - St Louis County - October 01, 2021 - 10:13 AM

EEOC Form 161 (11/2020)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Marie L. Green<br>894 RIVERVIEW BLVD<br>Saint Louis, MO 63147 | From: | St. Louis District Office<br>1222 Spruce Street<br>Room 8.100<br>Saint Louis, MO 63103 |
|---|---|---|---|

☐    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 660-2021-00775 | Walter H. Harris, III,<br>Investigator | (314) 798-1943 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

- **NOTICE OF SUIT RIGHTS** -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*James M. Gall*       Digitally signed by James M. Gall
_____  Date: 2021.07.15 13:53:03 -05'00'

Enclosures(s)    Lloyd J. Vasquez, Jr.,     *(Date Issued)*
           **District Director**

cc:   Rochelle Thurman
     Administrator
     **BLUE CIRCLE REHAB AND NURSING**
     2939 Magazine Street
     Saint Louis, MO 63106

Enclosure with EEOC
Form 161 (11/2020)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was issued** to you (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>560-2021-00775 |
|---|---|---|

**MISSOURI COMMISSION ON HUMAN RIGHTS** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**MS. MARIE L GREEN** | Home Phone<br>**(314) 528-6061** | Year of Birth<br>**1950** |
|---|---|---|
| Street Address<br>**894 RIVERVIEW BLVD**, | City, State and ZIP Code<br>**SAINT LOUIS, MO 63147** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**BLUE CIRCLE REHAB AND NURSING** | No. Employees, Members<br>**101 - 200** | Phone No.<br>**(314) 531-0500** |
|---|---|---|
| Street Address<br>**2939 MAGAZINE STREET,** | City, State and ZIP Code<br>**SAINT LOUIS, MO 63106** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **12-28-2020**   Latest: **12-28-2020**

☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

In 5/2020 I was hired by the above named employer as the Director of Nursing. Rochelle Thurman, Administrator was my immediate supervisor. I was unable to work because of my amputated arm, and was forced to resign.

On or around 12/25/2020, I informed Rochelle Thruman, Administrator, that I was unable to work another shift because my arm had blisters on it and it was sore. Rochelle told me and my assistant to work it out. On 12/28/2020, Rochelle tried to schedule me to work another 17 hour shift, so I resigned.

For the above stated reasons, I believe that I was not allowed a reasonable accommodation up until my constructive discharge, in violation of the Americans with Disabilities Act, as amended and I was constructively discharged because of my age, 70 in violation of the Age Discrimination in Employment Act, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Marie L Green on 07-14-2021 08:32 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Electronically Filed - St Louis County - October 01, 2021 - 10:13 AM

Electronically Filed - St Louis County - October 06, 2021 - 11:54 AM

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS

STATE OF MISSOURI

| | | |
|---|---|---|
| Marie Green,<br>    Plaintiff | ) ) ) | |
| v. | ) ) | Case No: 21SL-CC04643 |
| Blue Circle Rehab & Nursing,<br>    Defendant. | ) ) ) ) | |

## MEMORANDUM TO THE COURT

Comes Now, O'Gorman and Sandroni, P.C., by Andrew D. Sandroni, submitting payment to the Court of $36.00 for service fees in the above matter.

Respectfully submitted:

O'GORMAN & SANDRONI, P.C.
ATTORNEYS AND COUNSELORS AT LAW

By: /s/ Andrew D. Sandroni
Andrew D. Sandroni  #35105
3350 Greenwood Blvd
Maplewood, Missouri 63143
Telephone:  314-645-5900
Fax 314-754-8104
E-Mail:  andrew@commonsenselaw.net

Page 1 of 2



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>JOSEPH SHOCKLEE DUEKER | Case Number: 21SL-CC04643 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MARIE GREEN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW DENNIS SANDRONI<br>3350 GREENWOOD BLVD<br>MAPLEWOOD, MO  63143 | **SHERIFF FEE PAID** |
| Defendant/Respondent:<br> BLUE CIRCLE REHAB & NURSING | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** BLUE CIRCLE REHAB & NURSING
                      **Alias:**
VCORP AGENT SERVICES INC
120 S CENTRAL AVE
CLAYTON, MO  63105



*COURT SEAL OF*
*ST. LOUIS COUNTY*

    You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
    SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

**16-NOV-2021**                                                                  _____
    Date                                                                                                                      Clerk

**Further Information:**
AD

### Sheriff's or Server's Return
**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____(title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
    Printed Name of Sheriff or Server                                            Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
                      Subscribed and sworn to before me on _____ (date).
   (Seal)
                      My commission expires: _____     _____
                                                      Date                                                     Notary Public

**Sheriff's Fees, if applicable**
Summons                                     $_____
Non Est                                         $_____
Sheriff's Deputy Salary
Supplemental Surcharge       $_____10.00_____
Mileage                                         $_____  (_____ miles @ $._____ per mile)
**Total**                                             $_____
A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30  (SMCC) *For Court Use Only*: **Document ID# 21-SMCC-10305**     1     (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                                                                                  54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

OSCA (7-99) SM30  (SMCC) *For Court Use Only*: **Document ID# 21-SMCC-10305**     2     (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73

OSCA (7-99) SM30  (SMCC) *For Court Use Only*: **Document ID# 21-SMCC-10305**     3     (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

# County Satellite Court Now Open in St. Ann
**Hours: Mon-Fri  8:30 a.m. to 5:00 p.m.   FREE PARKING**

For the convenience of North County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center Northwest at the 715 Northwest Plaza Drive in St. Ann.

**Attending Court Hearings Remotely using E-Courts**
If you are scheduled to appear in court, you can access the courtroom remotely using the public computer stations (E-courts) in St. Ann and Clayton. These are available for use when courtroom access is restricted due to the pandemic.

**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton E-court at this time.

**Be sure to bring your paperwork with you; you will need your case number, as well as the date, time and number of the Division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**
If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**
Starting March 1, you may file for an Order of Protection at the Adult Abuse office in the St. Ann satellite court, in addition to the Clayton courthouse.  Clerks will be available on-site to help you fill out and file the necessary paperwork.

**For more information call: 314-615-8029**





**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>JOSEPH SHOCKLEE DUEKER | Case Number: 21SL-CC04643 | **RETURN** |
|---|---|---|
| Plaintiff/Petitioner:<br>MARIE GREEN<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW DENNIS SANDRONI<br>3350 GREENWOOD BLVD<br>MAPLEWOOD, MO  63143 | **SHERIFF FEE PAID** |
| Defendant/Respondent:<br>BLUE CIRCLE REHAB & NURSING | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: BLUE CIRCLE REHAB & NURSING
Alias: VCORP HM

VCORP AGENT SERVICES INC
120 S CENTRAL AVE
CLAYTON, MO 63105

**COURT SEAL OF ST. LOUIS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

16-NOV-2021
Date                                              Clerk

Further Information:
AD

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to __LCW-D. GARCIA__ (name) __INTAKE SPECIALIST__ (title).

☒ other _____

Served at __VCORP AGENT SERVICES__ (address)

in __St. Louis County__ (County/City of St. Louis), MO, on __NOV 2 3 2021__ (date) at __9 AM__ (time).

__Tiffany Moore__                                  __[signature]__
Printed Name of Sheriff or Server                   Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____    _____
                          Date           Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $ _____ ( ___ miles @ $____ per mile) |
| Total | $ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only*: Document ID# 21-SMCC-10305    1    (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo